# Exhibit N – Declaration of Christine Burke

# (2009-2011 Contract)



2009-2010 Renewal docs

2 Gannett Drive  
South Portland, Maine 04106-6911

# MEA BENEFITS TRUST GROUP AGREEMENT
Contract Period: July 1, 2009 – June 30, 2011

## 1. Definitions

This section explains the meanings of some of the words used in this Group Agreement.

| Term | Definition |
|---|---|
| Amendment | An addition, change, correction, or revision to the terms and conditions of the Subscriber's Certificate. |
| Association | The Blue Cross and Blue Shield Association, an association of independent Blue Cross and Blue Shield Plans |
| Benefits | Payments We make on Your behalf for covered services under the Contract. |
| Certificate | The document that specifies the Benefits available to Members under the Contract. |
| COBRA | Consolidated Omnibus Budget Reconciliation Act of 1985, as amended. |
| Coinsurance | The percentage we pay toward the cost of some covered services and the percentage you pay. |
| Contingent Payment | A negotiated retroactive payment to Anthem BCBS by the Group if there is a premium loss as determined by the Refund Settlement in the stated contract period. |
| Contract | This Group Agreement, Attachments, any Certificates, Amendments, Summaries of Benefits, the Rate Sheet, and Refund Agreement. |
| Copayment | A fixed dollar amount or percentage required to be paid by each member for certain covered services under this Contract. |
| Coverage | The extent to which Benefits are available to Members in accordance with the eligibility criteria stated in the Contract. |
| Covered Employee | An employee or former employee (retiree) of a school district and/or other educational entity that has entered into a collective bargaining agreement with the Maine Education Association and is covered under the MEA Benefits Trust and who meets the eligibility criteria stated in the Contract and who has been accepted for Coverage. |
| Deductible | The amount the Member may be required to pay each year toward the Maximum Allowance for certain covered services before the Contract provides benefits. |
| DOL Regulations | United States Department of Labor Regulations. |
| Effective Date | The date that Coverage begins. |
| ERISA | The Employee Retirement Income Security Act of 1974, as amended. |
| Exclusion | Services for which We will not provide Benefits. |
| Financing Agreement | An agreement between the Group and Us that provides an alternative means to pay subscription charges. |
| Grace Period | The 31 days that begin with and follow the due date of an unpaid Subscription Charge. |
| Group | The employer, association, or trust that applies for and accepts this Coverage on behalf of its Members under this Contract. |
| Group Agreement | This document including attachments. |
| HIPAA | Health Insurance Portability and Accountability Act of 1996. |
| Identification Card | The card We issue showing the Subscriber or Member name and certificate number. |
| Maximum Allowance | The highest dollar amount we will pay for a covered service based on our contracts with providers, professionals and our pharmacy benefit manager. |
| Medicare | Title XVIII of the United States Social Security Act, Medical Care For the Aged and Disabled. |
| Member | The Subscriber and all family Members who are eligible for Coverage and who have been accepted for Coverage under their Certificate. |
| OBRA | Omnibus Budget Reconciliation Act of 1986. |
| Our | See definition of "We, Us, or Our". |
| Premium | The total dollar amount received and receivable by Anthem BCBS from the Group applicable to the stated contract period, including any callable portion of the Contingent Payment. |
| Producer | An independent contractor licensed to engage in insurance producer activities. |
| Prescription Order | An order for medication given by a properly authorized person to a person properly authorized to dispense the order. |
| Rate Sheet | The document that lists rates for Coverage under this Contract. |
| Renewal Date | The date set by Anthem BCBS and the Group on which the Group Contract renews each year. |
| Savings Offset Payment Assessment (SOP) | The Savings Offset Payment Assessment included in your premium rate is based on the savings offset payment amount assessed by the Dirigo Health Agency Board pursuant to 24-A M.R.S.A. § 6913 as applicable to your plan year and your paid claims. For purposes of the Savings Offset Payment Assessment, "paid claims" are those claims as defined in the Dirigo Health Agency Rules that are subject to the assessment. |
| Subscriber | The person who applied for Coverage under this Contract and whose application and payment of required Subscription Charges We have accepted. |
| Subscription Charge | The rates established by us as consideration for Benefits offered in this Contract. |
| Summary of Benefits | An attachment to the Certificate which lists the level of Coverage of Benefits. |
| TEFRA | Tax Equity and Fiscal Responsibility Act of 1982 and Deficit Reduction Act of 1984. |
| Termination | The date on which Coverage ends. |
| Underwriting Guidelines | The criteria developed to determine eligibility for Coverage. |
| We, Us, or Our | Anthem Blue Cross and Blue Shield. |
| You or Your | The Group that has entered into this Contract as shown by the authorized signatures on the Group Agreement and the Refund Agreement. |

Anthem Health Plans of Maine, Inc. d/b/a/ Anthem Blue Cross and Blue Shield (Anthem BCBS) will provide Benefits for covered Members. We will provide benefits to these Members who initially meet and continue to meet the eligibility requirements of the Contract.

## 2. General Terms of this Group Agreement

The Group Agreement and Contract will be effective from July 1, 2009 through June 30, 2011 unless the Group or Anthem BCBS gives written notice of Termination, pursuant to Section 6. The complete Contract for Coverage between the Group and Anthem BCBS is comprised of the following documents: 1) This Group Agreement; 2) Attachments; 3) any Certificates; 4) Amendments; 5) Summaries of Benefits; 6) the Rate Sheet; and 7) Refund Agreement.

We reserve the right to cease offering a product line in accordance with the requirements of applicable Maine law. Notwithstanding the above, Anthem BCBS at your direction will provide notice of changes in the contract for coverage to covered subscribers. In the event that We are subject to federal or state laws or regulations mandating a change in the Benefits of the program or in the eligibility of covered Members, We will implement such mandatory change. This change will be made on the effective date stated in the law. If necessary, these changes will be made with adjustments to the subscription charges indicated on the monthly invoice. If subscription charges are to be increased, We will give 90 days prior written notice. When You are subject to federal or state laws or regulations requiring a benefit change, You must provide Us with prior notice of the change prior to the effective date.

We will not be liable for any claims or damages that result from your failure to comply with any laws or regulations. This includes but is not limited to the Medicare secondary payor laws or regulations, COBRA, DOL Regulations, HIPAA, OBRA, and TEFRA. Anthem will not hold You liable for any claims or damages that result from errors or omissions made by any Anthem employee. You agree to hold Us harmless from and against any charges that may be assessed against Us at any time due to your failure to comply with laws or regulations or your failure to notify Us of any change in your status.

We reserve the right to review your financial condition by obtaining appropriate financial statements and credit information.

For claims audits, procedures audits, health improvement audits, disease management audits, utilization review audits, provider discount audits or any other audits performed by an outside vendor, accounting firm, or consultant, the initial 100 hours of Anthem BCBS personnel time in assisting with or providing information for the audit is included in the premium charged. Time in excess of the initial 100 hours up to an additional 50 hours for such audits will be billed at the rate of $75 per hour per Anthem BCBS employee involved in the audit, plus reasonable expenses (e.g. computer programming expenses) incurred by Anthem BCBS in connection with the audit. Cost for audits over the initial 150 hours will need to be negotiated.

You are the Plan Administrator and are responsible for complying with all applicable provisions of ERISA, as amended. In particular, You are responsible for providing your covered Subscribers with copies of the: 1) employee handbooks or Certificate and Amendment(s); 2) identification cards; and 3) the Summary of Benefits. You are also responsible for providing employees, and their spouses and dependents with all required notices and communications relating to their rights under ERISA, COBRA and federal or state law to elect to continue Coverage upon termination of employment or other qualifying event. In consideration of the subscription charges, Anthem BCBS, at your direction will provide the listed materials to Subscribers. We are not responsible for any Benefits or services that must be provided under any applicable employer's liability or indemnification law or workers' compensation act.

You hereby acknowledge that this Group Agreement and Contract constitute an agreement solely between You and Anthem BCBS, that Anthem BCBS is an independent corporation operating under a license with the Association permitting Anthem BCBS to use the Blue Cross and Blue Shield Service Marks in the state of Maine, and that Anthem BCBS is not contracting as the agent of the Association. You further acknowledge and agree that You have not entered into this Group Agreement and Contract based on representations by any person other than Anthem BCBS and that no person, entity, or organization other than Anthem BCBS shall be held accountable or liable to You for any of Anthem BCBS's obligations created under this Group Agreement and Contract. This paragraph shall not create any additional obligations whatsoever on the part of Anthem BCBS other than those created under other provisions of this Group Agreement and Contract.

This Group Agreement may be amended only by a written agreement of both parties. A waiver of any breach of this Group Agreement and Contract will not be construed to be a continuing waiver of a similar breach. A waiver must be in writing and signed by authorized representatives of both parties to be effective.

## 3. Enrollment and Membership Requirements

We will administer the enrollment and membership requirements consistent with the MEA Benefits Trust Health Plan's "Administrative Guidelines" amended October 2002 and in accordance with state and federal law. We require that all enrolled individuals initially meet and continue to meet the eligibility requirements of the Contract. All employees who submit applications for enrollment into the group health plan are expected to have worked at least the minimum hours each week during the entire waiting period prior to enrollment. All employees who remain enrolled must continue to work at least the minimum hours each week. Anthem BCBS will not be responsible for any claims or expenses associated with an individual not eligible for the group health plan.

## 4. Benefits

We will provide the Benefits detailed in the: 1) Certificate; 2) Amendment(s); and 3) Summary of Benefits. A claim for Benefits for a covered service must be received no later than the timeframe stated in the Contract documents. Members will be held harmless for claims not submitted timely by an Anthem or BlueCard participating provider or professional. BlueCard participating providers are expected to comply with their plan's contract provisions regarding the timely filing of claims. No action may be brought against Us for failure to provide Benefits unless brought within three (3) years from the time the cause of action arises.

### A. BlueCard

Like all Blue Cross and Blue Shield Licensees, Anthem BCBS participates in a program called "BlueCard". Whenever Members access health care services outside the geographic area We serve, the claim for those services may be processed through BlueCard and presented to Us for payment in conformity with network access rules of the BlueCard Policies then in effect ("Policies"). Under BlueCard, when Members receive covered health care services within the geographic area served by an on-site Blue Cross and/or Blue Shield Licensee ("Host Blue"), We will remain responsible to the Group for fulfilling Our contract obligations. However, the Host Blue will only be responsible, in accordance with applicable BlueCard Policies, if any, for providing such services as contracting with its participating providers and handling all interaction with its participating providers. The financial terms of BlueCard are described generally below.

#### I. Liability Calculation Method Per Claim

The calculation of Member liability on claims for covered health care services incurred outside the geographic area We serve and processed through BlueCard will be based on the lower of the provider's billed charges or the negotiated price We pay the Host Blue.

The methods employed by a Host Blue to determine a negotiated price will vary among Host Blues based on the terms of each Host Blue's provider contracts. The negotiated price paid to a Host Blue by Us on a claim for health care services processed through BlueCard may represent:

(i) the actual price paid on the claim by the Host Blue to the health care provider ("Actual Price"), or

(ii) an estimated price, determined by the Host Blue in accordance with BlueCard Policies, based on the Actual Price increased or reduced to reflect aggregate payments expected to result from settlements, withholds, any other contingent payment arrangements and non-claims transactions with all of the Host Blue's health care providers or one or more particular providers ("Estimated Price"), or

(iii) an average price, determined by the Host Blue in accordance with BlueCard Policies, based on a billed charges discount representing the Host Blue's average savings expected after settlements, withholds, any other contingent payment arrangements and non-claims transactions for all of its providers or for a specified group of providers ("Average Price"). An Average Price may result in greater variation to the Member and the Group from the Actual Price than would an Estimated Price.

Host Blues using either the Estimated Price or Average Price will, in accordance with BlueCard Policies, prospectively increase or reduce the Estimated Price or Average Price to correct for over- or underestimation of past prices. However, the amount paid by the Member is a final price and will not be affected by such prospective adjustment.

Statutes in a small number of states may require a Host Blue either (1) to use a basis for calculating Member liability for covered health care services that does not reflect the entire savings realized, or expected to be realized, on a particular claim or (2) to add a surcharge. Should any state statutes mandate liability calculation methods that differ from the negotiated price methodology or require a surcharge, the Host Blue would then calculate Member liability for any covered health care services in accordance with the applicable state statute in effect at the time the Member received those services.

#### II. Return of Overpayments

Under BlueCard, recoveries from a Host Blue or from participating providers of a Host Blue can arise in several ways, including, but not limited to, anti-fraud and abuse audits, provider/hospital audits, credit balance audits, utilization review refunds, and unsolicited refunds. In some cases, the Host Blue will engage third parties to assist in discovery or collection of recovery amounts. The fees of such a third party are netted against the recovery. Recovery amounts, net of fees, if any, will be applied in accordance with applicable BlueCard Policies, which generally require correction on a claim-by-claim or prospective basis.

### B. Prescription Orders

Payments, Coinsurance, and Deductible amounts for Prescription Orders are based on the lesser of the submitted charge or Maximum Allowance at the applicable point of sale. Any rebates or other funds received by Us from drug manufacturers or similar vendors are excluded from the calculation of the Maximum Allowance and will be retained By Anthem BCBS, except as otherwise provided in the Refund Agreement.

### C. Discount Sharing

Members who have coinsurance responsibility that is based on a percentage, will pay their coinsurance percentage based on the hospital's or provider's discounted charge or negotiated amount, or our maximum allowance for professionals, except that BlueCard Program-eligible Members will share in discounts for BlueCard claims in accordance with the procedure in subsection A, BlueCard, above.

## 5. Reports

You will be provided with group specific reports consistent with applicable federal and state law, which will include all of the premium, claims and capitation data that has been provided in the past, and such other reports as shall be needed to evaluate the contract renewal rates and to verify the calculations in the Refund Agreement. You agree to maintain the information contained in these reports as confidential. You will use any information We make available solely for the purpose of administering your group health plan under this Group Agreement and Contract. You agree to hold Us harmless for any claim, action, or loss that may arise at any time out of your unauthorized use of this information. If You use the information for another purpose, We will consider that a material breach of this Group Agreement and Contract, and may terminate it without notice.

All experience data relative to the MEABT and its subgroups is owned by the Trust, and that data will not be released, either directly or indirectly, by Anthem without the prior written consent of the Trust, and the Trust can withhold its permission for any reason it deems appropriate. Additionally, Anthem agrees not to utilize data relating to specific active subgroups for standalone rating purposes.

## 6. Payment and Termination

Each subgroup must pay the total of all Subscription Charges to Us, which include the Savings Offset Payment Assessment, by the due date indicated on each invoice. If full payment is not received on or before the due date, We may, with prior notice, terminate the Coverage of the subgroup of the Trust. Notice of Termination will be sent to your covered Members in accordance with Maine law. The notice will be rescinded if, within the Grace Period, the subgroup makes full payment of all amounts owed. Claims will not be paid for services rendered after the date of Termination, except for the Grace Period, unless Coverage has been reinstated. The rates set forth in the Rate Sheet are subject to change by Anthem BCBS upon 90 days prior written notice to the Group if the number of Members covered by this Group Agreement and Contract changes by more than 10% or if Anthem BCBS must comply with new or additional benefits mandated by the Legislature.

This Group Agreement may be terminated immediately upon written notice for material breach, fraud, or misrepresentation. The Group Agreement may be terminated at any time upon prior 90 day written notice of the other party, effective on the first of the month following the date the written notice is received by the other party. The 90 day written notice of termination by the Group must be delivered to Anthem BCBS; notice delivered to the Producer is not sufficient to terminate the Group's Contract.

## 7. Special Terms

a.) Retention under this Agreement for Contract Periods (2009-2010) shall be: PPO - MEA Standard Plan $17.65 pmpm; Managed Care - MEA Choice Plus - $17.65 pmpm; and Group Companion Plan - $15.23 pmpm, plus 5.0% of PPO Premium, 3.0% of POS Premium and 5.0% of Group Companion Plan Premium. Retention for the Contract Period 2010-2011 shall be negotiated in connection with the proposed premium rate setting process.

Additional Fees Payable By MEABT:

- $150,000 for Broker / Data Collection & Reporting Fees, which will be paid by Anthem directly to the vendor(s) on behalf of the Group.
- HMC: 360 Degree Health & MyHealth Advantage – A fee of $1.72 pmpm will be charged for PPO, POS and Group Companion Plan members for this Contract Period.
- Healthy Lifestyles - A fee of $0.27 pmpm will be charged for PPO, POS and Group Companion Plan members for this Contract Period.
- Anthem Prescription Management – An administration fee of $0.48 pmpm will be charged for PPO, POS and Group Companion Plan members for this Contract Period.

- The Anthem Behavioral Health fee is $1.05 pmpm for this Contract Period. This charge does not apply to Group Companion Plan Members.

*"Retention" and "Additional Fees Payable By MEABT" under this Agreement for Contract Period 2010-2011 will be negotiated by the parties, not to exceed an increase equal to the increase in the Consumer Price Index (CPI-W Northeast Urban-All Items) for the two prior Contract Periods, prior to the end of the 2009-2010 Contract Period.*

b.) Anthem Blue Cross and Blue Shield's profit charge for the contract period beginning 7/1/2008 is 3.0% of Premium and is included as part of the charge specified in Section 7(a) above.

c.) The Group agrees to pay Anthem BCBS $14,270,004 in additional premium, payable in 12 equal monthly installments of $1,189,167. Payment shall be made electronically to Anthem BCBS by the 5th business day of each month, beginning July 1, 2009. This additional premium will be included in the calculation of the refund settlement as described in the Refund Agreement of even date between the parties.

d.) The Refund Agreement attached hereto is incorporated into this Agreement. For the 2008 – 2011 Contract Period, the Refund Agreement will have a risk margin of 0.25% of Premium as described in the Refund Agreement.

e.) Benefits provided to retirees eligible for Medicare will be those set forth in the Group Companion Plan Certificate of Coverage. Claims experience of the retirees on Group Companion Plan will be combined with that of the actives for the purpose of calculating the refund settlement.

f.) Anthem BCBS will charge the agreed upon rates to all new subgroups that join the MEA Benefits Trust during the term of this Agreement.

g.) Anthem BCBS will remit to the MEA Benefits Trust, on a monthly basis, an administrative fee equal to 0.6% of the billed monthly Premium, including the additional monthly Premium paid by the Group as provided in Section 7(e) above.

(h.) Anthem BCBS hereby agrees to comply with the additional provisions and contract guarantees reflected on the attached schedules and attachments as modified from time to time.

## 8. Authorization

The Group Agreement and Contract constitute the parties' entire understanding and supersedes all prior representations and understandings, and will be governed by the laws of the state of Maine without regard to its rules regarding conflict of laws. No Producer has the authority to change any term or waive any provision of this Group Agreement. Any changes to the terms and conditions of this Group Agreement must be initiated by both parties.

This Agreement has been executed in duplicate by the authorized representatives whose signatures appear below:

| Dated: 7/1/09 | Dated: 7-1-2009 |
|---|---|
| Anthem Health Plans of Maine, Inc. | MEA Benefits Trust |
| By: David P. Groman | By: [signature] |
| Title: President + General Manager | Title: EXECUTIVE DIRECTOR |

058009 R6/2009